

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN MARTINEZ,  ) | Case No. CV 11-9573-VAP (MLG) |
| Plaintiff,  ) | |
| ) | JUDGMENT |
| v.  ) | |
| ) | |
| WARDEN,  ) | |
| ) | |
| Defendants.  ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: _January 20, 2012

Virginia A. Phillips
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY