JS - 6/ENTER

**FILED**
JAN 23 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CHRISTIAN MARTINEZ,  )<br>           )<br>      Plaintiff,  )<br>           )<br>      v.       )<br>           )<br>WARDEN,        )<br>           )<br>      Defendants. )<br>_____ ) | Case No. CV 11-9573-VAP (MLG)<br><br>JUDGMENT |

   IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: _January 20, 2012

                                   /s/ Virginia A. Phillips
                                   _____
                                   Virginia A. Phillips
                                   United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY